1046

[Nos. 74875-1-I; 74876-9-I.   Division One.   January 23, 2017.]

*In the Matter of the Dependency of* C.J.F.

INES FAIR ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 14-7-00722-8, Michael T. Downes, J., entered February 11, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 74950-1-I.   Division One.   January 23, 2017.]

*In the Matter of the Dependency of* B.M.C.

Appeal from a judgment of the Superior Court for King County, No. 15-7-01719-3, Palmer Robinson, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 75325-8-I.   Division One.   January 23, 2017.]

*In the Matter of the Parental Rights to* D.W.N.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MICHELLE NATIONS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-7-00680-1, Laura M. Riquelme, J., entered May 11, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 76034-3-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN M. HALLMEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02924-3, Thomas P. Larkin, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Mann, J.